UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-10 (PAM/JGL)

AUGUSTUS M. BROWN, II,

Plaintiff,

v.

**PRETRIAL ORDER**

SOO LINE RAILROAD COMPANY,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is five to ten days;

2. All motions which seek to amend any pleading or to add any parties must be filed and heard prior to August 1, 2000;

3. All parties shall disclose all expert witnesses by October 1, 2000, and reports by November 1, 2000;

4. The period during which the parties may seek discovery shall be completed by December 1, 2000;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to February 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with amendments to the local rules adopted by the Court 1/3/00, prior to April 1, 2001; and

7. This case will be considered "ready for trial" as of April 1, 2001.

DATED: May 5, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed______________
Francis E. Dosal, Clerk
Judgment Entd.______________
Deputy Clerk______________