UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Augustus M. Brown, Civ. File No. 99-1931 (PAM/JGL)

Plaintiff,

v.

CP Rail,

Defendant.

**ORDER**

Augustus M. Brown, Civ. File No. 00-10 (PAM/JGL)

Plaintiff,

v.

Soo Line Railroad Company,
d/b/a CP Rail Systems,

Defendant.

This matter is before the Court on Defendants' Motions to Consolidate and for Summary Judgment. The Court held a hearing on the Motions on September 8, 2000. Plaintiff did not appear at the hearing, and did not file a response in opposition to Defendants' Motions. During the hearing, the Court stated that it would grant the Motions.

FILED NOV 03 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD NOV 03 2000
DEPUTY CLERK

Accordingly, for the reasons stated at the hearing, and upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant CP Rail's Motion to Consolidate and for Summary Judgment (Clerk Doc. No. 8) is **GRANTED**; and

2. Defendant Soo Line Railroad Company's Motion to Consolidate and for Summary Judgment (Clerk Doc. No. 12) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 3, 2000

Paul A. Magnuson
United States District Court Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: NOV 03 2000

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995