# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Augusta M. Brown

Case No. Civil 00-10PAM/JGL

v.

JUDGMENT IN A CIVIL CASE

Soo Line Railroad Company
d/b/a CP Rail Systems

---

( ) Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that defendant's motions for consolidation and for summary judgment are granted.

DATE: November 3, 2000

FRANCIS E. DOSAL, CLERK

____________________________

Denise La Fond, Deputy Clerk