UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Augustus M. Brown, Civ. File No. 99-1931 (PAM/JGL)

Plaintiff,

v.

CP Rail,

Defendant.

**ORDER**

Augustus M. Brown, Civ. File No. 00-10 (PAM/JGL)

Plaintiff,

v.

Soo Line Railroad Company,
d/b/a CP Rail Systems,

Defendant.

---

This matter is before the Court on Plaintiff's Motion to Set Aside and Change the Time Limits on Consolidation and Dismissal. The above-entitled cases were consolidated and dismissed by this Court on November 3, 2000.

Although not labeled as such, the Court will treat this Motion as a motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. Under Rule 60(b), the Court may relieve a party from a final judgment for the following reasons: (1) mistake, inadvertence,

FILED AUG - 8 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud, misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of the judgment.

Plaintiff argues that judgment in this case should be set aside because he was not properly notified of the September 8, 2000, hearing on Defendants' Motion to Dismiss. Plaintiff's assertion is belied by the record. Plaintiff was given ample notice of the hearing and an opportunity to submit a response to Defendants' Motion. Thus, none of the circumstances required by Rule 60(b) are present in this case. The Court denies Plaintiff's Motion.

Plaintiff has no avenues left in this Court to challenge the dismissal of the above-entitled cases. Should Plaintiff wish to pursue an untimely appeal of the dismissal of his cases, he must seek permission from the Eighth Circuit Court of Appeals to do so. The address for the Clerk of the Eighth Circuit Court of Appeals is Thomas F. Eagleton Courthouse, 111 S. 10th Street, Room 24.329, St. Louis, Missouri 63102. The telephone number for the Clerk's Office is 314-244-2400.

Accordingly, and upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Set Aside and Change the Time Limits on Consolidation and Dismissal (Clerk Doc. No. 15) is **DENIED**.

Dated: August 7, 2001

Paul A. Magnuson
United States District Court Judge

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500